JOSEPH FERRIS, Appellant, v. LEROY W. LOTTER, Respondent.— Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOSEPH FRANK, Respondent, v. CORNELIUS MORRISON and DENNIS CALLAHAN, Individually and Doing Business as MORRISON & CALLAHAN, Appellants.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v. GUST KALLAS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE GRAMATAN NATIONAL BANK & TRUST COMPANY OF BRONXVILLE, Appellant, v. SAGAMORE APARTMENTS, INC., and Others, Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

GREATER FLATBUSH CORPORATION, Respondent, v. ISIDORE SILVERSTONE, Appellant.— Order denying defendant's motion to dismiss amended complaint for insufficiency affirmed, with fifty dollars costs and disbursements, with leave to defendant to serve his answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

HENRY D. HALPERIN, Appellant, v. BENJAMIN BARASHIK and MOE J. KAMMER, Individually and as Copartners Doing Business under the Firm Name and Style of UNIVERSAL RADIO TUBE MANUFACTURING COMPANY, Respondents.— Order denying motion for examination of defendants before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted to the extent of permitting the examination and of requiring the production of books solely for the purpose of refreshing recollection; the examination to proceed on five days' notice. Appeal from order denying motion for reargument dismissed, without costs. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of DI MARCO & REIMANN, INC., Appellant, for the Cancellation of a Notice of Lien Bearing the Number 3612, Filed by JAMES B. MARTIN with the City of New York. JAMES B. MARTIN, Lienor, Respondent.— Order affirmed, with ten dollars costs and disbursements. Nothing appears on the face of the lien to indicate invalidity. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.